**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JANIE MCMASTERS, Individually and as Personal Representative of the Estate of Stephen Kyle McMasters, deceased — PLAINTIFF

v. — No. 3:26-cv-00294-JM

KEITH MILAM, *et al.* — DEFENDANTS

**ORDER**

The above styled case was assigned to the docket of United States District Judge James M. Moody Jr. on October 20, 2026. The parties in this action are also included in a matter before Judge D. P. Marshall Jr., styled *Janie McMasters v. Christopher Shull, et. al.*, No. 3:25-cv-00293-DPM. After conferring with Judge Marshall's office, it was determined that the above case should be transferred to Judge Marshall. Reassignment of this case will result in significant savings of judicial resources. The Court directs the Clerk of the Court to reassign this case to Judge Marshall and issue a Notice of Reassignment.

IT IS SO ORDERED this 26th day of October, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE